364 A.2d 913

Edward A. TIBBS, Appellant,

v.

Domenic A. FRASCA, Appellee.

Supreme Court of Pennsylvania.

Oct. 8, 1976.

R. Mark Hunter, Clifford C. Cooper, Pittsburgh, for appellant.

Leonard L. Martino, Pittsburgh, for appellee.

Before JONES, C. J. and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## ORDER

PER CURIAM.
Order affirmed.